IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT-JOHN FOTI,

    Plaintiff,

  v.

COUNTY OF MARIN et al.,

    Defendants.

                        /

No. C 09-4167 CRB

**JUDGMENT**

    The Court, having granted Defendants' Motions to Dismiss without leave to amend, enters judgment in favor of Defendants against Plaintiff.

    **IT IS SO ORDERED.**

Dated: March 12, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4167\JUDGMENT.wpd